IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FERNANDO OROZCO, | ) |
| PLAINTIFF, | ) |
| v. | ) Jury Demanded |
| ELGIN SCHOOL DISTRICT U46, an Illinois School District. | ) Case No. 1:14-CV-06666 |
| DEFENDANT. | ) |

## COMPLAINT AT LAW

PLAINTIFF, FERNANDO OROZCO, by and through his attorneys, the HIPP LAW OFFICE, and pursuant to Rule 7 of the Federal Rules of Civil Procedure, hereby presents his Complaint at Law as follows:

### Parties, Jurisdiction, and Venue

1. PLAINTIFF, Fernando Orozco ("PLAINTIFF") resides in Round Lake Beach, Lake County, Illinois. PLAINTIFF's National Origin is Hispanic.

2. DEFENDANT, Elgin School District U46 ("DEFENDANT") is an Illinois School District which is organized under the Illinois School Code and is located in Kane County, Illinois

3. On May 15, 2014, PLAINTIFF timely filed a Charge of Discrimination with the EEOC against DEFENDANT alleging discrimination on the basis of National Origin. A true and correct copy of the Charge is attached hereto as Exhibit A (with PLAINTIFF'S phone number and date of birth redacted).

4. On June 12, 2014, the EEOC issued PLAINTIFF a "Notice of Suit Rights." A true and correct copy is attached hereto as Exhibit B. This suit has been filed within 90 days of the receipt of the Notice and is therefore timely.

5. This Complaint is brought pursuant to allegations of discrimination in violation of Title VII of the 1964 Civil Rights Act, 42 U.S.C § 2000e, and 42 U.S.C. §1981. Jurisdiction in this Court is therefore appropriate pursuant to 28 U.S.C. §1331.

6. DEFENDANT is located and the events involved in this matter occurred in this Court's District, and venue is proper pursuant to 28 U.S.C. § 1391(b)(1).

## COUNT I—TITLE VII NATIONAL ORIGIN DISCRIMINATION

7. PLAINTIFF re-alleges Paragraphs 1 through 6 as if alleged herein.

8. PLAINTIFF began employment with DEFENDANT on August 7, 2013 as a Bilingual Modified Learning Program ("MLP") teacher at Kimball Middle School in DEFENDANT'S District.

9. PLAINTIFF performed his work well and met the legitimate employment expectations of DEFENDANT.

10. PLAINTIFF received formal and informal positive reviews from his Supervisor, Allen Tamburino (non-Hispanic) during the school year. Mr. Tamburino is the Principal of Kimball Middle School in DEFENDANT'S District.

11. DEFENDANT treated similarly-situated employees who were not Hispanic more favorably than PLAINTIFF.

12. Whereas the other non-Hispanic MLP teacher was provided with technologically appropriate equipment to perform the position, PLAINTIFF was not supplied with appropriate equipment.

13. Mr. Tamburino made several anti-Hispanic comments toward PLAINTIFF and others.

14. Mr. Tamburino criticized PLAINTIFF for speaking Spanish as part of his work.

15. Mr. Tamburino intentionally and repeatedly called a co-worker a stereotypical Hispanic name different than his actual name despite repeatedly being asked not to.

16. PLAINTIFF was excluded from meetings and other events that similarly-situated employees attended.

17. Despite PLAINTIFF's satisfactory performance, on March 11, 2014, he was told that his employment would not be renewed at Mr. Tamburino's direction, and PLAINTIFF has been replaced with a non-Hispanic employee.

18. PLAINTIFF received an adverse employment action (termination) as a result of his National Origin in violation of Title VII and has suffered pecuniary damages and emotional distress.

19. DEFENDANT replaced PLAINTIFF with a white male in his previous position.

20. DEFENDANT'S discrimination was intentional and outrageous.

**WHEREFORE,** PLAINTIFF prays that this Court enter Judgment for PLAINTIFF and against DEFENDANT, award PLAINTIFF back pay up to the date of judgment, reinstatement, front pay in the amount equal to two years of PLAINTIFF'S salary assuming reasonable raises in the alternative to reinstatement, compensatory damages in the amount of $300,000, attorneys' fees and costs, interest and any and all other relief this Court deems appropriate.

<u>COUNT II—42 U.S.C. § 1981-- NATIONAL ORIGIN DISCRIMINATION</u>

21. PLAINTIFF re-alleges Paragraphs 1 through 20 as if stated herein.

22. PLAINTIFF began employment with DEFENDANT on August 7, 2013 as a Bilingual Modified Learning Program teacher at Kimball Middle School in DEFENDANT'S jurisdiction. This relationship constitutes a "contract" under Section 1981.

23. DEFENDANT'S termination was due to racial discrimination against PLAINTIFF and constitutes unequal treatment in the enforcement of contracts in violation of Section 1981.

24. DEFENDANT'S discrimination was intentional and outrageous.

**WHEREFORE,** PLAINTIFF prays that this Court enter Judgment for PLAINTIFF and against DEFENDANT, award PLAINTIFF back pay up to the date of judgment, reinstatement, front pay in the amount equal to two years of PLAINTIFF'S salary assuming reasonable raises in the alternative to reinstatement, compensatory damages to be determined by a jury, attorneys' fees and costs, interest and any and all other relief this Court deems appropriate.

        Respectfully submitted,

        Fernando Orozco

        By _____
                One of his Attorneys

BRIAN J. HIPP
HIPP LAW OFFICE
1026 Prairie St.
Aurora, Illinois 60506
(630) 631-5192 (Phone)
(630) 844-1234 (Phone)
(630) 859-0205 (Facsimile)
ARDC NUMBER 6269940
Email: HIPPLAWOFFICE@GMAIL.COM
Attorney for PLAINTIFF

August 28, 2014

## EXHIBIT LIST

Exhibit A: Plaintiff's Charge of Discrimination with Birth Date and Home Phone number redacted.

Exhibit B: Plaintiff's "Notice of Suit Rights"

# EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2014-04033 |
|---|---|---|

Illinois Department Of Human Rights and EEOC
_State or local Agency, if any_

Name (indicate Mr., Ms., Mrs.): **Fernando Orozco**
Home Phone (Incl. Area Code): [redacted]
Date of Birth: [redacted]-1977

Street Address: **2227 Quaker Hollow Lane, Round Lake Beach, IL 60073**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

Name: **ELGIN SCHOOL DISTRICT U46**
No. Employees, Members: **500 or More**
Phone No. (Include Area Code): **(847) 888-5000**

Street Address: **335 East Chicago Street, Elgin, IL 60120**

DISCRIMINATION BASED ON (Check appropriate box(es).):
☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☒ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: — Latest: **03-11-2014**
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent on or about August 07, 2013. My most current position is Bilingual Modified Learning Program Teacher. During my employment I was subjected to different terms and conditions of employment, including but not limited to being denied better resources. On or about March 11, 2014, I was told that my contract would not be renewed.

I believe that I have been discriminated against because of my national origin, Hispanic, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED
MAY 15 2014

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

May 15, 2014
_Date_ — _Charging Party Signature_

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Ex. A

**EXHIBIT B**

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Fernando Orozco
2227 Quaker Hollow Lane
Round Lake Beach, IL 60073

From: Chicago District Office
500 West Madison St
Suite 2000
Chicago, IL 60661

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2014-04033 | Eva Baran, Investigator | (312) 869-8023 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

/s/ John P. Rowe     6/12/14
John P. Rowe, District Director     (Date Mailed)

Enclosures(s)

cc: ELGIN SCHOOL DISTRICT
Chief Executive Officer
335 East Chicago Street
Elgin, IL 60120

*Ex. B*